# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| PASTOR PALAFOX, et al., | |
| Defendants. | |

This matter is before the court on defendant's motion to extend the pretrial motion deadline (ECF No. 992), filed on August 13, 2018. Motions for joinder were filed by defendants Coleman, Garcia, Chelby, Ramirez, Perez, Voll, Juarez and Davisson (ECF Nos. 1019, 1022, 1026, 1054, 1065, 1079, 1086, 1088, 1111). The court orders the government to file a response no later than September 28, 2018.

IT IS SO ORDERED.

DATED: September 20, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE